UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM BORYSEWICZ )<br>  Plaintiff ) | CIVIL ACTION |
| ) | |
| v. ) | |
| ) | |
| COLLECTCORP CORPORATION )<br>  Defendant ) | FEBRUARY 5, 2010 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2. The plaintiff, William Borysewicz, is a natural person residing in Groton, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant, Collectcorp Corporation ("Collectcorp"), is a Delaware corporation with offices in Arizona and Virginia, is licensed by the Connecticut Department of Banking as a Consumer Collection Agency, and is a debt collector as defined by FDCPA § 1692a(6).

### III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Collectcorp, because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

### IV. FACTUAL ALLEGATIONS

7. On or around October 2009, Collectcorp called Plaintiff's home in an attempt to collect a debt from Plaintiff and spoke with Plaintiff; during that conversation, Plaintiff told Collectcorp that he was filing for bankruptcy and provided Collecorp with contact information for Plaintiff's attorney.

8. Collectcorp continued to call Plaintiff's home in an attempt to collect from Plaintiff.

### V. CLAIMS FOR RELIEF
### CAUSE OF ACTION
**Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.**

9. Plaintiff incorporates Paragraphs 1-8.

10. Collectcorp violated the FDCPA by continuing to contact Plaintiff notwithstanding they had already been provided with contact information for his attorney.

11. For Collectcorp's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover his actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

**PLAINTIFF, WILLIAM BORYSEWITCZ**

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax. (860) 571-7457