**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **WILLIAM BORYSEWICZ** )<br>    Plaintiff ) <br> ) <br> v. ) <br> ) <br> **COLLECTCORP CORPORATION** ) <br>    Defendant ) <br> ) | **CIVIL ACTION NO.** <br> **3:10-CV-00197 (AWT)** <br><br><br><br><br> **APRIL 23, 2010** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, William Borysewicz, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed without prejudice, and without costs or attorney's fees.

**Plaintiff, William Borysewicz**

By/s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 23rd day of April, 2010, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn